# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  THOMAS S. LEVERENZ        §     Case No. 12-83935
        JENNIFER B. RUDDEN        §
                                  §
                                  §
            Debtors               §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 10/18/2012.

2) The plan was confirmed on 12/28/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/07/2013, 09/06/2013.

5) The case was dismissed on 10/11/2013.

6) Number of months from filing or conversion to last payment: 7.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $19,981.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 1,974.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 1,974.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 531.86 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 117.46 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 649.32 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY BRIAN A HART | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 531.86 | 0.00 |
| AARONS RENTALS | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| BRIGHT OAKS HOMEOWNERS | Sec | 2,591.90 | 3,054.40 | 0.00 | 1,303.98 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Sec | 13,248.00 | 11,834.65 | 0.00 | 0.00 | 0.00 |
| ABILITY RECOVERY SERVICE LLC | Uns | 620.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPARD | Uns | 1,839.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL | Uns | 1,137.75 | NA | NA | 0.00 | 0.00 |
| ALLIANCE LABORATORY | Uns | 402.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE PATHOLOGY | Uns | 29.60 | NA | NA | 0.00 | 0.00 |
| AMERICAN FIAMILY INSURANCE | Uns | 195.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Uns | 807.00 | NA | NA | 0.00 | 0.00 |
| AUTOMATED ACCOUNTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BUSINESS REVENUE SYSTEMS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BYRAM HEALTHCARE | Uns | 346.16 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 0.00 | 535.02 | 535.02 | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 2,348.00 | NA | NA | 0.00 | 0.00 |
| CARY SCHOOL DISTRICT | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CB & T | Uns | 1,624.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CENTEGRA HOSPITAL - MCHENRY | Uns | 69.00 | 145.99 | 145.99 | 0.00 | 0.00 |
| CENTEGRA PHYSICIAN CARE | Uns | 228.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PRIMARY CARE LLC | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CRYSTAL LAKE | Uns | 361.96 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 562.09 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 1,090.17 | 760.53 | 760.53 | 0.00 | 0.00 |
| COMPUTER CREDIT INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Uns | 668.00 | 1,191.81 | 1,191.81 | 0.00 | 0.00 |
| CREDITORS COLLECTION BUR | Uns | 163.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 0.00 | 31,306.58 | 0.00 | 0.00 | 0.00 |
| EDUCATION CREDIT | Uns | 11,120.00 | NA | NA | 0.00 | 0.00 |
| FAMILY MEDICINE FOR MCHENRY | Uns | 92.00 | NA | NA | 0.00 | 0.00 |
| FEMALE HEALTHCARE | Uns | 1,069.80 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,172.00 | 576.13 | 576.13 | 0.00 | 0.00 |
| GM FINANCIAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GROOT INDUSTRIES INC | Uns | 169.65 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 1,337.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS & | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 714.72 | 714.72 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NELSON WATSON & ASSOC LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR | Uns | 197.13 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| OAC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PAUL K ROSENBERG LTD | Uns | 16.40 | NA | NA | 0.00 | 0.00 |
| PEDIATRIX MEDICAL GROUP | Uns | 239.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIAN ANESTHESIA ASSOC | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| QUEST DIAGNOSTICS | Uns | 28.00 | NA | NA | 0.00 | 0.00 |
| SUNRISE CREDIT SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA | Uns | 10,214.00 | 10,474.36 | 10,474.36 | 20.70 | 0.00 |
| TRI COUNTY EMERGENCY | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| BASS & ASSOCIATES PC | Uns | 4,224.00 | 2,306.34 | 2,306.34 | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Uns | 3,307.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING, LLC | Uns | 517.00 | 516.62 | 516.62 | 0.00 | 0.00 |
| VILLAGE OF CARY | Uns | 520.59 | NA | NA | 0.00 | 0.00 |
| WINDHAM PROFESSIONALS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 1,303.98 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 1,303.98 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 17,221.52 | $ 20.70 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 649.32 |
| Disbursements to Creditors | $ 1,324.68 |
| **TOTAL DISBURSEMENTS:** | $ 1,974.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 12/27/2013           By: /s/ Lydia S. Meyer
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)